**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1171**
_____

J.B.; LAURA BOUMA, on behalf of Son J.B.,

                    Plaintiffs - Appellants,

          v.

THE COUNTY OF HOWARD, IN MARYLAND; JUDGE TIMOTHY MCCRONE;
JUDGE LENORE GELFMAN; JUDGE LOUIS BECKER; JUDGE WILLIAM
TUCKER; ALISA CUMMINS, ESQ.; CHARLES RAND, ESQ.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:14-cv-03752-ELH)

_____

Submitted:  June 25, 2015            Decided:  June 29, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Laura Bouma, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants J.B. and Laura Bouma appeal the district court's order denying their motion for reconsideration of the court's order dismissing their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See J.B. v. Cnty. of Howard, No. 1:14-cv-03752-ELH (D. Md. filed Jan. 21, 2015, entered Jan. 22, 2015; Dec. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED